STATE OF NEW JERSEY v. FRANKLIN MINCEY.

September 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY BLACK.

September 23, 1985.

Petition for certification denied.

MONROE TOWNSHIP UTILITIES AUTHORITY v. NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION.

September 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH POOLE.

September 23, 1985.

Petition for certification denied.